# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:08-cr-0121-RLH-PAL |
| vs. | ) | O R D E R |
| | ) | (Motion for Reduction) |
| PATRICK MONWELL JACKSON, | ) | (Motion to Withdraw Counsel–#42) |
| | ) | (Facts About the Case–#43) |
| Defendant. | ) | |

Defendant has mailed to chambers (without first filing) a **Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582 (c)(2)**. He has also filed a **Motion to Have Counsel Withdraw as Attorney** (#42, filed February 9, 2012), and a document entitled **Facts About the Case** (#43, also filed February 9, 2012).

The Court will direct that the Motion for Modification, together with the Facts About the Case, be sent to the U.S. Attorney and the Federal Public Defender. The Court will also direct that the Motion to Have Counsel Withdraw be sent to the Federal Public Defender.

IT IS FURTHER ORDERED that the Motion for Modification be immediately filed and, together with the Facts About the Case, be sent to the U.S. Attorney, the Federal Public Defender, and the office of United States Probation, forthwith.

IT IS FURTHER ORDERED that the Motion to Have Counsel Withdraw be sent to the Federal Public Defender, forthwith.

/ / /

1    IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel to represent the Defendant unless the Federal Public Defender declines the appointment on the basis of a conflict. The request for the withdrawal of a certain member of the Federal Public Defender's office as his attorney shall not be considered a conflict as to all Assistant Federal Public Defenders and the Federal Public Defender will comply with the request that a certain Assistant Federal Public Defender not represent him.

IT IS FURTHER ORDERED that the Federal Public Defender, unless otherwise conflicted, shall serve any amended or supplemental motion, or advise the Court that the Motion for Reduction does not have merit, within twenty-one (21) days of the date of this order.

IT IS FURTHER ORDERED that the United States Attorney shall serve any response to the motion, or amended or supplemental motion, within thirty-five (35) days after the date of this order.

IT IS FURTHER ORDERED that the parties shall serve the office of the United states Probation with any pleadings or documents filed pursuant to this Order.

Dated: March 20, 2012.

_____
**Roger L. Hunt**
**United States District Judge**